PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>GLASSES USA, INC., a Delaware corporation dba WWW.GLASSESUSA.COM,<br><br>  Defendant. | Case No. 8:23-cv-1545<br><br>**NOTICE OF RELATED CASES** |

**PLEASE TAKE NOTICE** that pursuant to Central District Local Rule 83-1.3.1, Plaintiff advises the Court that this action (*Annette Cody v. GlassesUSA Inc*) is related to the following twelve (12) previously-filed and pending actions:

1. *Arisha Byars v. The Goodyear Tire and Rubber Co.*, Case No. 5:22-cv-01358-SSS-KK (The "Goodyear Action").
2. *Miguel Licea v. Old Navy, LLC*, Case No. 5:22-cv-01413-SSS-SP (The "Old Navy Action").
3. *Sonya Valenzuela v. M.A.C. Cosmetics Inc.*, Case No. 5:22-cv-01360-SSS-KK (The "M.A.C. Action").
4. *Annette Cody v. Boscovs, Inc*., Case No. 8:22-cv-01434-SSS (The "Boscovs Action").
5. *Annette Cody v. LaCoste USA*, Case No. 8:23-cv-00235-SSS) ("The LaCoste Action"),
6. *Arisha Byars v. Macys, Inc.*, Case No. 5:23-cv-00456-SSS-KK (The "Macys Action").
7. *Miguel Licea v. Timex.com, Inc.*, Case No. 5:23-cv-00691-SSS-KK (The "Timex Action").
8. *Annette Cody v. Skullcandy, Inc*., Case No. 2:23-cv-03356-SSS-KK (The "Skullcandy Action").
9. *Annette Cody v. P.C. Richard and Son Service Company, Inc.*, Case No. 2:23-cv-03438-SSS-KK (The "P.C. Richard Action").
10. *Arisha Byars v. Sephora USA Inc.*, Case No. 5:23-cv-00883-SSS-KK (The "Sephora Action").
11. *Miguel Esparza v. Tracfone Wireless, Inc.*, Case No. 2:23-cv-04863-SSS-KK (The "Tracfone Wireless Action").
12. *Jose Licea v. Kontoor Brands, Inc*. Case No. 2:23-cv-05903-SSS-KK (The "Kontoor Brands Action")

The matters are related because all matters (a) arise from a closely related event and involve the same case theories and plaintiff's counsel; (b) call for determination of the same questions of law and fact; and (c) would entail substantial duplication of labor if heard by different judges.

The information required by Local Rule 83-1.3.1 is set forth below:

**First**, all matters arise from a closely related event in that (1) the causes of action are the same in all the matters; and (2) the operative facts are the same in all the matters, as all the cases involve alleged illegal wiretapping by a website owner of chat conversations with visitors and related invasions of privacy.

**Second**, all matters call for the determination of the same question of law – namely, whether a website owner who records the chat conversations on its website and shares them with a third party violate the California Invasion of Privacy Act ("CIPA") found at California Penal Code 632 et seq.

**Third**, the matters will likely entail substantial duplication of labor if heard by different judges because: (1) the arguments relating to the sufficiency of the pleadings, class certification, discovery, and summary judgment will likely be materially identical in all eleven matters; (2) the pending matters precede the *Glasses USA* matter by between 1 and 11 months, and (3) the Court in the *Goodyear, Boscov'*s, and *Old Navy* matters has already issued rulings addressing the sufficiency of the pleadings.

**Fourth**, the Complaint in the *GlassesUSA* Action cites to the *Goodyear Tire and Rubber* case identified above as precedent. *See* Complaint at Paragraphs 53-60 (citing to *Byars v. The Goodyear Tire & Rubber Co.*, Case No. 5:22-cv-01358-SSS) ("In a materially identical case, a court recently held that the above-described allegations state viable claims for violations of section 631(a) of CIPA. *See Byars v. The Goodyear Tire & Rubber Co.*, No. 5:22-cv-01358-SSS-KKx, 2023 WL 1788553, *4 (C.D. Cal. Feb. 3, 2023) (Sykes, J.) ("Byars contends that Goodyear, using a third-party service, "intercepts in real time" a website visitors' chat conversation. Byars alleges that, using the chat conversation, website visitors share sensitive personal information. Because Byars has

1  pled sufficient facts to show the contents of the communications and that the
2  communications were intercepted, Byars has sufficiently stated a claim under § 631(a).")
3  (emphasis added).
4       This Notice is being filed contemporaneous with the filing of the *Glasses USA*
5  action.

7  Dated: August 19, 2023                PACIFIC TRIAL ATTORNEYS, APC

8                                         By: */s/ Scott J. Ferrell*
                                          Scott. J. Ferrell
9                                         Attorneys for Plaintiff